**SO ORDERED.**

Dated: August 02, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-13569

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Keven Harper and Linda Harper,<br>        Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for CSFB Home Equity Asset Trust 2007-1<br>        Movant,<br>    vs.<br><br>Keven Harper and Linda Harper, Debtors, Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:10-BK-15029-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 16, 2006 and recorded in the office of the County Recorder wherein U.S. Bank National Association, as Trustee for CSFB Home Equity Asset Trust 2007-1 is the current beneficiary and Keven Harper and Linda Harper have an interest in, further described as:

> Lot 9, GARDEN ESTATES, according to the plat of record in Book 15 of Maps, Page 29, records of
> Yavapai County, Arizona;
> EXCEPT any portion lying within the following described parcels:
> Parcel I:
> A parcel of land located in the Northwest Quarter of Section 10, Township 15 North, Range 4 East of
> the Gila and Salt River Base and Meridian, Yavapai County, Arizona, and. being a portion of GARDEN ESTATES, according to the plat of record in Book of of Maps, Page 29, records of Yavapai County, Arizona, more particularly described as follows:
> COMMENCING at a BLM brass cap marking the Northeast corner of said Northwest Quarter, from
> which the Northwest corner of said Section 10 bears South 89°52'08" West, a distance ofZ656.53 feet;
> thence South 00°39'15" West, along the East line of said Northwest Quarter, a distance of 1179.03 feet;
> thence North 89°2,0'45" West, a distance of 389.63 feet to a 112 inch rebar witlh cap marked "LS. #19853" and the TRUE POINT OF BEGINNING;
> thence South 00°39'15" West, a distance 01223.73 feet to a 112 inch rebar with cap marked "LS #19853";
> thence North 89°20'45" West, a distance of 933.97 feet to the centerline of Oak Creek;
> thence North 40°19'32" East (North 20°03'33" East of record), along the centerline of said Oak Creek, a distance of 290.66 Feet;
> thence South 89°2,0'45" East, a distance of 748.42 feet to the TRUE POINT OF BEGINNING.
> Parcel II
> A parcel of land located in the Northwest Quarter of Section 10, Township 15 North, Range 4 East of
> the Gila and Salt River Base and Meridian, Yavapai County, Arizona, and being a portion of GARDEN ESTATES, according to the plat of record in Book 15 of Maps, Page 29, records of Yavapai County, Arizona, more particularly described as follows:
> COMMENCING at a BLM brass cap marking the Northeast corner of said Northwest Quarter, from
> which the Northwest corner of said Section 10 bears South 89°52'08" West, a distance of 2656,53 feet;
> thence South 00°39'15" West, along the East line of said Northwest Quarter, a distance of 1179.0j feet;
> thence North 89°2,0'45" West, a distance of 389.63 feet to a 112 inch rebar with cap marked "LS #19853" and the TRUE POINT OF BEGINNING;
> thence North 00°39'15" East, a distance of 223.73 feet to a 112 inch rebar with cap marked "LS #19853";
> thence North 89°20'45" West, a distance of 562.87 feet to the centerline of Oak Creek;
> thence South 40°19'32" West (South 20°03'33" West of record), along the centerline of said Oak Creek, a distance of 290.66 feet;
> thence South 89°20'45" East, a distance of 748.42 feet to the TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.